| | |
|---|---|
| 1    DAVID L. ANDERSON (CABN 149604)<br>     United States Attorney<br>2<br>     HALLIE HOFFMAN (CABN 210020)<br>3    Chief, Criminal Division<br>4    ANDREW LIAO (CABN 271219)<br>     Assistant United States Attorney | **FILED**<br><br>Nov 05 2020<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

1 DAVID L. ANDERSON (CABN 149604)
  United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
  Chief, Criminal Division

4 ANDREW LIAO (CABN 271219)
  Assistant United States Attorney

5
      150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
      Telephone: (408) 535-5063
7    FAX: (408) 535-5066
      andrew.liao@usdoj.gov
8
Attorneys for the United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-71564-MAG |
|     Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| KAYLIN ALLYSSA COHOE, | ) | |
|     Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint and arrest warrant against Kaylin Allyssa Cohoe without prejudice.

DATED: November 5, 2020                                Respectfully submitted,

                                                                     DAVID L. ANDERSON
                                                                     United States Attorney


                                                                     /s/
                                                                     HALLIE HOFFMAN
                                                                     Chief, Criminal Division

Leave is granted to the government to dismiss the criminal complaint and arrest warrant against Kaylin Allyssa Cohoe.

Date: November 5, 2020

Hon. Virginia K. DeMarchi
United States Magistrate Judge

NOTICE OF DISMISSAL
NO. CR 20-71564-MAG_____                                    v. 7/10/2018